## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RODNEY RAYBURN                                                                              PLAINTIFF

V.                                        NO: 5:16CV00176 JLH

ROBBIE FREAD                                                                                DEFENDANT

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 6th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE